UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mark Pannell,                                                                 Case No. 3:23-cv-731

               Plaintiff,

v.                                                                       ORDER

Commissioner of Social
Security Administration,

               Defendant.

On February 28, 2024, Magistrate Judge Darrell A. Clay issued his Report and Recommendation ("R & R") recommending the Commissioner's final decision be reversed and the matter remanded. (Doc. No. 11). The fourteen-day window for objections has now closed, and no objections have been filed by either party. 28 U.S.C. § 636(b)(1). Accordingly, I now adopt Judge Clay's R & R in its entirety as the Order of the Court. The Commissioner's decision is reversed, and this case is remanded for further proceedings consistent with Judge Clay's R & R.

So Ordered.

                                                                                        s/ Jeffrey J. Helmick
                                                                                        United States District Judge